IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONIA SCOTT, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-5412 |
| | : | |
| RAYMOND TONKIN, *et al.*, | : | |
|     Defendants. | : | |

### ORDER

AND NOW, this 9th day of December, 2020, upon consideration of Tonia Scott's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), additional filings (ECF Nos. 4-10 & 12), and Motion for Leave to File Electronically (ECF No. 11) it is **ORDERED** that:

1. Scott's Complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1), for the reasons stated in the Court's Memorandum.

2. The Motion to Proceed *In Forma Pauperis* is **DENIED AS MOOT**.

3. The Motion for Leave to File Electronically is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**