IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONIA SCOTT, | **:** | |
|     **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 20-CV-5412** |
| | **:** | |
| RAYMOND TONKIN, *et al.*, | **:** | |
|     **Defendants.** | **:** | |

## ORDER

AND NOW, this **5th** day of **February, 2021**, upon consideration of Plaintiff Tonia

Scott's "Petition to Reconsider" (ECF No. 23) "Petition to Reconsider" (ECF No. 24), and

"Petition to Remove State Criminal Prosecution into the U.S. District Court Add Defendants and

A Change of Venue" (ECF No. 25), it is **ORDERED** that:

1.  The Petitions are **DENIED** for the reasons stated in the Court's accompanying

    Memorandum.

2.  Scott's criminal proceedings, *Commonwealth v. Scott*, Docket Nos. CP-52-CR-

    0000096-2020, CP-52-CR-0000211-2020, CP-52-CR-0000687-2019 (C.P. Pike) are

    **SUMMARILY REMANDED** to the Pike County Court of Common Pleas.

                                    **BY THE COURT:**

                                  */s/ Eduardo C. Robreno*
                                  **EDUARDO C. ROBRENO**